# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

UNITED STATES OF AMERICA
**v.**
**GARY KENDALL BROWN**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

CASE NUMBER:  1:06-00016-01
USM NUMBER: 09340-003

**THE DEFENDANT:**                    Fred Tiemann
                                     **Defendant's Attorney**

(**x**)   admitted guilt to violation of supervision condition(s):  Condition (x4), Mandatory and Special

( )   was found in violation of supervision condition(s): _____

| Violation Number | Nature of Violation | Date violation Occurred |
|---|---|---|
| Condition #6, 7, 8, 9 | Technical | |
| Special Condition | Technical | |
| Mandatory Condition | Technical | |

   **The defendant is sentenced as provided in page 2 of this judgment.   The sentence is imposed pursuant to the Sentencing Reform Act of 1984.**

( )   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

                                   March 28, 2013
                                   Date of Imposition of Judgment

**Defendant's Mailing Address:**
97 Jade Lane
Pine Hill, Alabama   36769

                                   s/Kristi K. DuBose
                                   UNITED STATES DISTRICT JUDGE

                                   April 3, 2013
                                   Date

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

Defendant: **GARY KENDALL BROWN**
Case Number:   1:06-00016-00

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total **term** of   **THIRTEEN (13) MONTHS**.   No Supervised Release term to follow.


( )   The court makes the following recommendations to the Bureau of Prisons:


(x)   The defendant is remanded to the custody of the United States Marshal.


( )   The defendant shall surrender to the United States Marshal for this district:
 ( )   at ____ .m. on ____.
 ( )   as notified by the United States Marshal.


( )   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
 ( )   before 2 p.m. on _____.
 ( )   as notified by the United States Marshal.
 ( )   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant   delivered   on   _____   to
___ at _____

with a certified copy of this judgment.

UNITED STATES MARSHAL_____

By:_____
Deputy U.S. Marshal